## MOTION DOCKET

**96–2709.  Blackburn v. Lauder.**

Lawrence App. No. 96CA5.  This cause is pending before the court as a discretionary appeal and claimed appeal of right.  Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

PFEIFER, J., would also assess a penalty.

COOK and STRATTON, JJ., dissent and would grant the motion.